Craig S. REEVES, Relator,

v.

SOUTHSIDE DISTRIBUTORS, INC.,
and Crawford & Company,
Respondents,

and

Suburban Radiologic, Fairview Health Services, Intervenors.

No. C4–02–2133.

Supreme Court of Minnesota.

March 5, 2003.

Dennis R. Letourneau, St. Louis Park, MN, for Relator.

Michael Forde, Kelly M. Brewbaker, Aafedt, Forde, Gray & Monson, Minneapolis, MN, for Employer/Insurer–Respondent.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed November 5, 2002, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01.

BY THE COURT:

/s/Paul H. Anderson
Associate Justice

BLATZ, C.J., took no part in the consideration or decision of this case.